United States District Court
Southern District of Texas
**ENTERED**
August 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTIAN CRUZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF LAVERNE PEARCE, <br><br> Plaintiff, <br><br> VS. <br><br> WILMINGTON SAVINGS FUNDS SOCIETY, FSB, <br><br> Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00146 |

## FINAL JUDGMENT

Pursuant to the Court's Order (D.E. 7) the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on August 25, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE